IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY J. REED, )
 )
    Petitioner, )
 )
v. ) CASE NOS. CV413-201
 ) CR412-145
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 25.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the 28 U.S.C. § 2255 petition is **GRANTED**. As a result, Petitioner's sentence in the underlying criminal case, 4:12-cr-145, is **VACATED** and an identical sentence is **REIMPOSED**, effective as of the date of this order. Petitioner's newly appointed counsel, Mr. Thomas C. Wooldridge, is **DIRECTED** to continue his representation of Petitioner during the pendency of Petitioner's appeal. The Clerk of Court is **DIRECTED** to prepare an amended judgment, file a Notice of Appeal on Petitioner's behalf, and close this case.

SO ORDERED this **27th** day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA